IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **METROPOLITAN LIFE INSURANCE CO.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-2895 |
| | : | |
| **PHILLIP KNOLL, <u>et al.</u>** | : | |

### ORDER

**AND NOW**, this _____ day of July, 2002, upon consideration of the parties' request for consent to proceed before a Magistrate Judge and the execution of the appropriate consent form, **IT IS ORDERED** that the case is **REFERRED** to Jacob P. Hart, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, for further proceedings in the case, including trial, and entry of final judgment.  **IT IS FURTHER ORDERED** that **COUNSEL** for both sides shall **CONTACT JUDGE HART'S CHAMBERS**, (215) 597-2733, **WITHIN ONE WEEK OF THE DATE OF THIS ORDER**, to schedule further proceedings.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN,  J.**