IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILLIP KNOLL, et al. | : | NO. 02-2895 |

## SCHEDULING ORDER

AND NOW, this 8th day of August, 2002, the following schedule is HEREBY ORDERED in the above-captioned matter:

1. All discovery shall be completed by **OCTOBER 1, 2002**;

2. All dispositive motions shall be filed by **OCTOBER 1, 2002,** with **courtesy copies hand delivered to chambers** on the day of filing;

3. A Pretrial Stipulation, signed by all counsel, shall be filed by **OCTOBER 14, 2002**. (See Standing Order Re Pretrial Stipulation, attached hereto);

4. **BENCH TRIAL** will take place at **10:00 a.m.** on **OCTOBER 23, 2002,** in Courtroom 7A.

BY THE COURT:

_____
Jacob P. Hart
UNITED STATES MAGISTRATE JUDGE

cc: Faxed to:
Veronica Winter-Saltz, Esq.; Joseph M. Fioravanti, Esq.;
Jeffrey A. Muldawer, Esq.